UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TARA McCROHAN,<br>            Plaintiff,<br><br>    v.<br><br>UXBRIDGE POLICE ASSOCIATION, et al.<br>            Defendants. | CIVIL ACTION<br>NO. 11-40232-TSH |

## ORDER

### September 10, 2013

Hennessy, M.J.

By Order of Reference dated August 23, 2013, pursuant to 28 U.S.C. § 636(b)(1)(A) (Docket #49), this matter was referred to me for a ruling on Defendants Josiah Morisette[1] and David Bergeron's (hereinafter "the Defendants') Motion to Compel the Plaintiff Tara McCrohan's Responses to the Defendants' Request for Production of Documents (Docket #45). This motion was filed on August 20, 2013. Plaintiff failed to respond and the time for such response has now passed. See LR, D. Mass. 37.1(c). This matter is now ripe for adjudication.

Defendants represent that, on December 11, 2012, they served the subject request for production of documents upon the Plaintiff. (Docket #45 at 1, see Docket #45-A). Defendants represent that, on June 13, 2013, they requested that Plaintiff produce any documents responsive to the subject request. (Docket #45 at 2). On June 18, 2013, Defendants, by letter, again requested these documents. (Docket #45-3). Fact discovery closed on July 1, 2013. (Docket #24). Plaintiff has yet to respond to the subject request.

---

[1] In both motions, Defendant Josiah Morisette is referred to as "Isaiah Morisette." This appears to be a typographical error.

For the foregoing reasons, the Motion to Compel the Plaintiff Tara McCrohan's Responses to the Defendants' Request for Production of Documents (Docket #45) is hereby ALLOWED. Plaintiff is hereby ordered to produce responses to the subject request within ten days of this Court's ruling.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE