UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
**TARA MCCROHAN,**                      )
                                        )          CIVIL ACTION
           **Plaintiff,**               )
                                        )          NO.  11-CV-40232-TSH
           v.                           )
                                        )
**UXBRIDGE POLICE ASSOCIATION**         )
**LOCAL #123, MCOP, AFL-CIO,**          )
                                        )
           **Defendant.**                )
_____ )


**ORDER ON PLAINTIFF'S MOTION TO COMPEL (Docket No. 226) AND PLAINTIFF'S MOTION TO DEEM SERVICE OF WRIT OF EXECUTION EFFECTIVE (Docket No. 193)**

**April 26, 2016**

Plaintiff's motion to compel (Docket No. 226) is ***granted*** in part and ***denied*** in part, as follows:

Request No. 10: the motion is ***granted*** as to documents related to a request for legal services from the Uxbridge Police Association Local #123, MCOP, AFL-CIO only (no other locals).

Request Nos. 11, 18, & 19: the motion is ***granted***, except as to any correspondence between attorneys of Sandulli Grace and the Massachusetts Coalition of Police (MCOP). Documents between Sandulli Grace and MCOP shall be produced to the court within fourteen (14) days for in camera review.

Requests No. 15, 16, & 17: the motion is ***granted***.

Request Nos. 1, 3, 4, 5, 22, & 23: the motion is ***denied*** without prejudice to renew after evaluation of the compelled discovery.

1

Counsel for MCOP is ordered to determine whether MCOP or any of its agents, attorneys, employees, or assigns, or anyone acting on their behalf, has destroyed, deleted, disposed of, or otherwise made unavailable any document responsive to any post-judgment discovery request from the Plaintiff, and to report the results to the court, in writing and in camera.

All parties are ordered to meet and confer and propose a schedule for the resolution of any continuing issues in these post-judgment proceedings.  The schedule shall include any further discovery, motion practice, and hearings.

Plaintiff's motion to deem service of the writ of execution effective (Docket No. 193) is _**denied**_ without prejudice to be renewed at a later time.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Timothy S. Hillman_
　　　　　　　　　　　　　　　　　　　　　　　　　**TIMOTHY S. HILLMAN**
　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**